820

In the Matter of the Accounting of GRACE F. REHFUS, as Executrix of THOROGOOD F. PARR, Deceased, Respondent. MILTON N. PARR et al., Appellants.—

Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

JERICHO PLUMBERS SUPPLY CO., Respondent, v. MILTON WANDOLOSKI et al., Defendants, and ERWIN DRESSEL, Appellant.—

Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

SAM MEYEROWITZ, Appellant, v. FARRAGUT GARDENS No. 3, INC., Respondent.—

Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

HAROLD A. MEYERS, Respondent, v. BERNARD M. COHEN, Appellant.— Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

LORRAINE OVERTON, Appellant, v. LEO B. SMYKLA, Respondent.—

Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.